UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 08-331 (JAG) |
| MICHAEL PATTERSON | : | SEALING ORDER |

This matter having come before the Court on the application of the United States of America by Christopher J. Christie, United States Attorney (L. Judson Welle, Assistant U.S. Attorney, appearing), and good cause having been shown,

IT IS on this 6 day of May, 2008,

ORDERED that the Indictment, arrest warrant, and all other documents filed in this matter be and hereby are SEALED until the arrest of defendant MICHAEL PATTERSON, is accomplished or until further order of this Court, except: (i) such copies of the arrest warrant may be provided to law enforcement as necessary to accomplish its purpose; and (ii) copies of the Indictment may be provided to the Prosecutor's Office that originally charged the defendant in connection with this offense.

_____
HON. MICHAEL A. SHIPP
United States Magistrate Judge